# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Susan Woolbert | Chapter 13 |
|---|---|
| Debtor (s) | NO. 19-10509 AMC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for the Law Offices of Anthony A. Frigo, Anthony A. Frigo, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on July 9, 2019, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on *September 17, 2019*, at *11:00* AM in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before *September 9, 2019*.

*August 20, 2019*

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    Anthony A. Frigo, Esquire
       175 Strafford Ave. Suite One
       Wayne, PA 19087

       Susan Woolbert
       520 Deerfield Dr.
       Norristown, PA 19003

       William C. Miller, Esquire
       Chapter 13 Standing Trustee
       1234 Market Street
       Suite 1813
       Philadelphia, PA 19107